1  JOYCE C. WANG [Bar No.: 121139; jwang@ccplaw.com]
   NANCY J. STROUT [Bar No.: 121096; nstrout@ccplaw.com]
2  CARLSON, CALLADINE & PETERSON LLP
   353 Sacramento Street, 16th Floor
3  San Francisco, California 94111
   Telephone:    (415) 391-3911
4  Facsimile:    (415) 391-3898

5  Attorneys for Defendants
   AFFILIATED FM INSURANCE COMPANY;
6  FMIC HOLDINGS, INC., and FACTORY
   MUTUAL INSURANCE COMPANY
7

8  ROLAND C. COLTON [Bar No.: 79896]
   LAW OFFICES OF ROLAND C. COLTON
9  28202 Cabot Road, Third Floor
   Laguna Niguel, CA 92677
10 Telephone:    (949) 365-5660
   Facsimile:    (949) 365-5662
11 Email:        [rcc7@msn.com]

12 Attorneys for Plaintiffs
   NORTH AMERICAN HEALTH CARE, INC.,
13 WOODLAND SKILLED NURSING
   FACILITY, INC., dba WOODLAND SKILLED
14 NURSING FACILITY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| NORTH AMERICAN HEALTH CARE, INC.; WOODLAND SKILLED NURSING FACILITY, INC., dba WOODLAND SKILLED NURSING FACILITY,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>AFFILIATED FM INSURANCE COMPANY; FMIC HOLDINGS, INC.; FACTORY MUTUAL INSURANCE; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | CASE NO.:   SACV07 – 1388DOC (AJW)<br><br>**ORDER RE STIPULATION AND PROTECTIVE ORDER** |

No American - prop order.doc

1  The Court has reviewed the Stipulation and [Proposed] Protective Order between plaintiff
2  NORTH AMERICAN HEALTH CARE and defendant AFFILIATED FM INSURANCE CO.,
3  INC. and executed by their respective counsel of record.
4  ACCORDINGLY, IT IS SO ORDERED.

HONORABLE ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

9  DATED: July 29, 2008

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

No American - prop order.doc                    2

**[PROPOSED] ORDER RE STIPULATION AND [PROPOSED] PROTECTIVE ORDER**

CASE NO.: SACV07 – 1388DOC (AJW)